IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON STEAVE,

    Defendant.

Criminal No. 12-0253
ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this 20th day of September 2018, after careful consideration of Defendant's "Motion to Reconsider" (doc. no. 517), the Court **DENIES** Defendant's Motion. Although Defendant relies upon the United States Supreme Court's recent decision in <u>Hughes v. United States</u>, 138 S.Ct. 1765 (2018), the Supreme Court's decision in <u>Hughes</u> is not dispositive. In addition to pleading guilty pursuant to a binding plea agreement pursuant to Fed.R.Crim.P. 11(c)(1)(C) with a stipulated total term of imprisonment of 240 months, Defendant, a career offender, was given the mandatory minimum sentence (240 months) for the offense for which he was convicted. Accordingly, Defendant is not eligible for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

        SO ORDERED, this 20th day of September, 2018.

        s/ Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc: All Registered ECF Counsel
       *and*

Deon Lee Steave
#33806-068

FCI – Elkton
P.O. Box 10
Lisbon, OH 44432